IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB - 7 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| BELINDA CARRILLO,<br>    Plaintiff,<br><br>v.<br><br>AT&T CORP., Individually and d/b/a<br>AT&T Cable Services f/k/a TCI Cablevision,<br>    Defendant. | §<br>§<br>§<br>§   CIVIL ACTION NO. C-00-37<br>§<br>§<br>§<br>§ |

## DEFENDANT AT&T CORP.'S
## CERTIFICATE OF INTERESTED PARTIES

In accordance with this Court's January 28, 2000 Order for Conference and Disclosure of Interested Parties, Defendant AT&T Corp. files this Certificate of Interested Parties.

The following entities have a financial interest in the outcome of this litigation: AT&T Corp.; Liberty Media Group (a tracking stock of certain assets of AT&T Corp.); and TeleCommunications, Inc., which AT&T Corp. acquired in March 1999 and which still has publicly traded debt which will be redeemed February 22, 2000. AT&T Corp. and Liberty Media Group have hundreds of subsidiary corporations within their corporate structures; however, none of these is publicly traded.

4.

Respectfully submitted,

AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.

By: __/s/ Thomas M. Bevilacqua__
Paula W. Hinton
Attorney-in-Charge
State Bar No. 09710300
Southern District of Texas No. 6283
Thomas M. Bevilacqua
Of Counsel
State Bar No. 00793342
Southern District of Texas No. 20377
1900 Pennzoil Place-South Tower
711 Louisiana Street
Houston, Texas 77002
(713) 220-5800 Telephone
(713) 236-0822 Telecopier

**ATTORNEYS FOR DEFENDANT
AT&T CORP.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of February 2000, a true and correct copy of the foregoing Defendant AT&T Corp.'s Certificate of Interested Parties was sent by certified mail, return receipt requested, to the following counsel of record in this matter:

David T. Burkett
Burkett and Associates
538 S. Tancahua
Corpus Christi, Texas 78401

__/s/ Thomas M. Bevilacqua__