THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 2 2 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| BELINDA CARRILLO § | |
| § | |
| V.  § | CA. NO. C-00-37 |
| § | |
| AT&T CORP., Individually and D/B/A § | |
| AT&T CABLE SERVICES F/K/A TCI § | |
| CABLEVISION § | |

## ORDER OF RECUSAL

Plaintiff asserts:

Approximately 85,000 households in the Corpus Christi area share similar claims with the Plaintiff. Plaintiff and the other 85,000 households hold a common claim against Defendants for their failure to provide local ABC coverage. The Plaintiff herein adequately represents the class and Plaintiff's counsel is competent to bring this action. Plaintiff intends to ask the Court for certification.

See Plaintiff's First Amended Original Petition ¶III.

Like the plaintiff, I am a subscriber to AT&T Cable Service, including basic service, and reside in Corpus Christi. Any justice, judge, or magistrate of the United States shall disqualify himself if he has a financial interest in the subject matter in controversy. See 42 U.S.C. § 455(b)(4). Where a judge is a member of a putative class, a "financial interest" exists in the case mandating recusal under 42 U.S.C. 455(b)(2). *Tramonte v. Chrystler Corporation*, 136 F.3d 1025, 1030 (5th Cir. 1998) ("The statute stresses that any financial interest, "however small," requires the recusal of a judge"). Accordingly, I recuse.

ORDERED this 20 day of _____March_____, 2000

H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE