| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| RECUSAL ORDER | Case Number | C.A. C-00-37 |
|---|---|---|
| Style | Belinda Carrillo vs. AT&T Corp., et al. | |

ORDER    I stand recused in this case.
Deadlines in scheduling orders continue in effect. Court settings are vacated.
Counsel must notify the new case manager of pending motions
by letter within ten days of receipt of this order.

United States District Court
Southern District of Texas
ENTERED

MAR 22 2000

Michael N. Milby, Clerk of Court

1.

Signed: /s/ HAYDEN W. HEAD, JR.
United States District Judge

Date: March 20, 2000

| REASSIGNMENT | This case is reassigned to: |
|---|---|

HONORABLE JANIS GRAHAM JACK

MICHAEL N. MILBY
United States District Clerk

By: /s/ Marianne Serpa

Deputy Clerk

Date: March 22, 2000