United States District Court
Southern District of Texas
FILED

MAR 22 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BELINDA CARRILLO, § | | |
| PLAINTIFF § | | |
| § | | |
| vs. § | CIVIL ACTION NO. C-00-37 | |
| § | | |
| AT&T CORP., Individually and d/b/a § | | |
| AT&T Cable Services f/k/a TCI § | | |
| Cablevision, § | | |
| DEFENDANTS § | | |

### AGREED MOTION FOR LEAVE TO AMEND COMPLAINT
### TO NAME CORRECT CORPORATE ENTITY AS DEFENDANT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES BELINDA CARRILLO, Plaintiff herein, and files this her Agreed Motion for Leave to Amend Complaint to Name Correct Corporate Entity as Defendant and would show the Court as follows:

I.

**Introduction**

On January 3, 2000, Plaintiff filed her Original Petition in the 105th Judicial District Court of Nueces County against AT&T CORP., Individually and d/b/a AT&T Cable Services f/k/a TCI Cablevision. Plaintiff filed her First Amended Original Petition against the same defendants on January 4, 2000. On or about January 28, 2000, Defendant AT&T Corp. filed its Notice of Removal to this Court. On February 2, 2000 Defendant AT&T Corp. filed its 12(b)(6) and 12(b)(7) Motion to Dismiss on the basis that Plaintiff had failed to name the proper defendant(s).

1

Plaintiff attaches her Second Amended Original Complaint naming TCI Cablevision of Texas, Inc. ("TCITI") as the sole defendant and incorporates it by reference.

Plaintiff files this motion before the expiration of limitations on Plaintiff's claim for damages against the proper Defendant, TCI Cablevision of Texas, Inc..

II.

## Grounds

Plaintiffs seeks leave of the Court to amend her First Amended Original Complaint to name TCI Cablevision of Texas, Inc. as the correct corporate defendant. TCITI is the responsible party that is solely liable to Plaintiff for the damages claimed by Plaintiff.

## Prayer

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, BELINDA CARRILLO, prays for leave of court to file her Second Amended Original Complaint attached hereto and incorporated by reference herein as if set forth herein at length for all purposes and for such other and further relief to which Plaintiff is justly entitled.

RESPECTFULLY SUBMITTED,

BURKETT & GONZALEZ
538 S. Tancahua
Corpus Christi, Texas 78401
(512) 882-8822
(512) 883-0733

By: _____
DAVID T. BURKETT
State Bar No. 03410500
Fed I.D. No.12179

ATTORNEY FOR PLAINTIFF

2

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned attorney for Plaintiff had a conference with all parties regarding the substance of this Motion. Counsel for Defendant is unopposed to this Motion.

_____
DAVID T. BURKETT
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to opposing counsel listed below, by the method of service indicated on this the 22nd day of March, 1999.

**BY HAND DELIVERY**:

Thomas M Bevilacqua
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP.
1900 Pennzoil Place – South Tower
711 Louisianna St.
Houston Texas, 77002
713-220-5800
713-236-0800 (fax)

DAVID T. BURKETT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BELINDA CARRILLO, <br> PLAINTIFF | § <br> § <br> § | |
| vs. | § | CIVIL ACTION NO. C-00-37 |
| AT&T CORP., Individually and d/b/a <br> AT&T Cable Services f/k/a TCI <br> Cablevision, <br> DEFENDANTS | § <br> § <br> § <br> § | |

## ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT TO NAME CORRECT CORPORATE ENTITY AS DEFENDANT

On _____, 2000, the Court considered the Motion for Leave to Amend Complaint to Name Correct Corporate Entity as Defendant, and after considering the evidence and arguments of counsel, finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Motion for Leave to Amend Complaint to Name Correct Corporate Entity as Defendant is **GRANTED**.

_____
JUDGE PRESIDING