United States District Court
Southern District of Texas
FILED

MAR 22 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BELINDA CARRILLO, PLAINTIFF | § § § § | |
| vs. | § | CIVIL ACTION NO. C-00-37 |
| TCI Cablevision of Texas, Inc. d/b/a AT&T Cable Services | § § § § | |

## PLAINTIFF'S SECOND AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, BELINDA CARRILLO, Plaintiff, complaining of TCI Cablevision of Texas, Inc. d/b/a AT&T Cablevison Services, Defendant, and for cause of action would show as follows:

### DISCOVERY PLAN

Discovery is intended to be conducted under Level Two (2) pursuant to Rule 190 of the Texas Rules of Civil Procedure.

### I.

### VENUE

Venue is proper in Nueces County pursuant to Texas Civil Practice and Remedies Code Section 15.035(b) as the county in which the Plaintiff resides and it is the county where the contract between the parties is performable.

### II.

### PARTIES

1

9.

Plaintiff is an individual and a resident of Nueces County, Texas. Plaintiff is a subscriber of TCI Cablevision of Texas, Inc. d/b/a AT&T Cable Services.

TCI Cablevision of Texas, Inc., is a Texas Corporation with its principal place of business in Texas.

### III.

### BREACH

Plaintiff is a subscriber to TCI Cablevision of Texas, Inc. d/b/a AT&T Cable Services including "basic service". Plaintiff agreed to pay a monthly charge for the services of basic cable TV. The Defendant represented that basic cable television included the rebroadcast of KIII Channel 3, the local ABC affiliate. The Defendant failed to provide Plaintiff and other subscribers with local ABC programming. The Defendant charge for services in advance and has already billed Plaintiff for basic cable service, including the local ABC affiliate. Plaintiff has already paid Defendant for services for the month of January, 2000. Therefore, the Defendant is in breach of its agreement to provide such ABC service and Plaintiff herein seeks a refund for services paid for but not provided.

### IV.

Approximately 85,000 households in the Corpus Christi area share similar claims with the Plaintiff. Plaintiff and the other 85,000 households hold a common claim against Defendant for its failure to provide local ABC coverage. The Plaintiff named herein adequately represents the class of people with similar claims and Plaintiff's counsel is competent to bring this action. Plaintiff intends to ask the Court for class certification.

2

## V.

As a proximate and producing cause of Defendant's breaches as stated above, Plaintiff has sustained a loss of $11.03, the cost of basic service including fees and taxes. The Plaintiff's actual damages are within the jurisdictional limits of this Court, but do not exceed $20.00 per person.

## VI.

### ATTORNEY'S FEES

As a result of the Defendant failure, it was necessary to retain the undersigned to collect such damages and Plaintiff requests judgment for reasonable and necessary attorneys' fees. The individual Plaintiff's total claim will not exceed $75,000.00.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, BELINDA CARRILLO, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for actual damages and attorneys' fees as set forth above, costs of court, and prejudgment and post-judgment interest at the highest lawful rates and for such other and further relief to which the Plaintiff may be entitled at law or in equity.

RESPECTFULLY SUBMITTED,

BURKETT AND ASSOCIATES
538 S. Tancahua
Corpus Christi, Texas 78401
(512) 882-8822
(512) 883-0733 Facsimile

BY: _____
DAVID T. BURKETT
State Bar No. 03410500

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

3