| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| RECUSAL ORDER | Case Number | C.A.C-00-037 |
|---|---|---|
| Style | Belinda Carrillo v. AT&T Corp. dba AT&T Cable Services fka TCI Cablevision | |

**ORDER**

I stand recused in this case.
Deadlines in scheduling orders continue in effect. Court settings are vacated.
Counsel must notify the new case manager of pending motions
by letter within ten days of receipt of this order.

Signed:

*/s/ Janis Graham Jack*
JANIS GRAHAM JACK
United States District Judge

Date: March 23, 2000

| REASSIGNMENT | This case is reassigned to |
|---|---|
| JOHN D. RAINEY UNITED STATES DISTRICT JUDGE | |

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAR 2 7 2000

MICHAEL N. MILBY, CLERK OF COURT

MICHAEL N. MILBY
United States District Clerk

By: */s/ M. Gammon*
Deputy Clerk

Date: March 27, 2000

#11