| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED
MAY 2 6 2000
Michael N. Milby, Clerk of Court

13.

| RECUSAL ORDER | Case Number CA. C-00-37 |
|---|---|
| Style | BELINDA CARRILLO v. AT&T CORP., dba AT&T Cable Services, fka TCI Cablevision |
| ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. |

Signed: *(signature)*

John D. Rainey
United States District Judge

Date: 5/18/00

| REASSIGNMENT | This case is reassigned to: |
|---|---|

MICHAEL MILBY
United States District Clerk

By: _____

Deputy Clerk