IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 26 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| BELINDA CARRILLO, | § § | |
| Plaintiff, | § § | 14. |
| VS. | § § | CIVIL ACTION NO. C-00-37 |
| TCI CABLEVISION OF TEXAS, INC. D/B/A AT&T CABLE SERVICES, | § § § | |
| Defendants. | § § | |

ORDER

This is a case originally filed in the 105th Judicial District Court of Nueces County, Texas and then removed to the Corpus Christi Division of this Court. Both of the two sitting judges in that division--Judge Hayden W. Head, Jr. and Judge Janis Graham Jack--recused themselves and the case was transferred to Judge John D. Rainey of the Victoria Division, who also recused himself. Under those circumstances, Paragraph 20A of this Court's Work Order, General Order No. 2000-1, provides that further reassignment of the case is to be done by the Chief Judge. It is now ORDERED that this case be TRANSFERRED to the docket of the Honorable Keith P. Ellison of the Laredo Division, although the case shall remain filed and numbered in the Corpus Christi Division.

DONE at Laredo, Texas, this 23rd day of May, 2000.

_____
Chief United States District Judge