IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 19 2000

Michael N. Milby,

| | | |
|---|---|---|
| BELINDA CARRILLO,<br>Plaintiff,<br><br>v.<br><br>AT&T CORP., Individually and d/b/a<br>AT&T Cable Services f/k/a TCI Cablevision,<br>Defendant. | § § § § § § § § § | CIVIL ACTION NO. C-00-37 |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Belinda Carrillo and Defendant AT&T Corp. file this Joint Motion for Dismissal with Prejudice, and in support thereof would respectfully show the Court the following:

The matters in controversy between the parties have been settled, and the parties no longer desire to prosecute their claims against one another.

WHEREFORE, Plaintiff Belinda Carrillo and Defendant AT&T Corp. pray that this Court grant this Joint Motion for Dismissal with Prejudice, and enter an Order in the form attached hereto dismissing with prejudice all claims that were, or could have been, asserted by the parties in this action. The parties further seek the denial on the ground of mootness of Plaintiff's March 22, 2000 Agreed Motion for Leave to Amend Complaint to Name Correct Corporate Entity as Defendant, which, if granted, would have led to a change in the party appearing as Defendant in this matter.

1

Respectfully submitted,

BURKETT AND ASSOCIATES

_____
David T. Burkett
State Bar No. 03410500
538 S. Tancahua
Corpus Christi, Texas 78401
(512) 882-8822
(512) 883-0733 (fax)

**ATTORNEY FOR PLAINTIFF
BELINDA CARRILLO**

AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.

By: _Thomas M. Bevilacqua_ /by permission
Paula W. Hinton
Attorney-in-Charge
State Bar No. 09710300
Southern District of Texas No. 6283
Thomas M. Bevilacqua
Of Counsel
State Bar No. 00793342
Southern District of Texas No. 20377
1900 Pennzoil Place-South Tower
711 Louisiana Street
Houston, Texas 77002
(713) 220-5800 Telephone
(713) 236-0822 Telecopier

**ATTORNEYS FOR DEFENDANT
AT&T CORP.**

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of July 2000, a true and correct copy of the foregoing Joint Motion for Dismissal with Prejudice was sent by certified mail, return receipt requested, to the following counsel of record in this matter:

David T. Burkett
Burkett and Associates
538 S. Tancahua
Corpus Christi, Texas 78401

*Thomas M. Bernlaugua* (signature)

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BELINDA CARRILLO, § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. C-00-37 | |
| § | | |
| AT&T CORP., Individually and d/b/a § | | |
| AT&T Cable Services f/k/a TCI Cablevision, § | | |
|     Defendant. § | | |

## ORDER OF DISMISSAL

On this day, the Court considered the Joint Motion for Dismissal with Prejudice of Plaintiff Belinda Carrillo and Defendant AT&T Corp. The parties have advised the Court that all matters in controversy between them have been fully settled, and that they no longer desire to prosecute their claims against one another. The Court, having considered the Joint Motion for Dismissal with Prejudice, finds that the Motion should be in all things granted. It is therefore,

**ORDERED** that the Joint Motion for Dismissal with Prejudice should be and is hereby **GRANTED**. It is further

**ORDERED** that Belinda Carrillo's March 22, 2000 Agreed Motion for Leave to Amend Complaint to Name Correct Corporate Entity as Defendant is **DENIED**. It is further

**ORDERED** that all claims which have been or could have been asserted by Belinda Carrillo against AT&T Corp. (or its corporate affiliates) in this action, and all claims which have been or could have been asserted by AT&T Corp. against Belinda Carrillo in this action be and are hereby **DISMISSED WITH PREJUDICE** to refiling of same. It is further

**ORDERED** that Plaintiff Belinda Carrillo shall take nothing by her action. It is further

**ORDERED** that each party shall bear its own costs of suit. It is further

**ORDERED** that any relief not expressly granted herein is **DENIED**

SIGNED THIS _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

2