United States District Court
Southern District of Texas
ENTERED

AUG 1 4 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BELINDA CARRILLO, | § | |
|    Plaintiff, | § | 17. |
| | § | |
| v. | § | CIVIL ACTION NO. C-00-37 |
| | § | |
| AT&T CORP., Individually and d/b/a | § | |
| AT&T Cable Services f/k/a TCI Cablevision, | § | |
|    Defendant. | § | |

## ORDER OF DISMISSAL

On this day, the Court considered the Joint Motion for Dismissal with Prejudice of Plaintiff Belinda Carrillo and Defendant AT&T Corp. The parties have advised the Court that all matters in controversy between them have been fully settled, and that they no longer desire to prosecute their claims against one another. The Court, having considered the Joint Motion for Dismissal with Prejudice, finds that the Motion should be in all things granted. It is therefore,

**ORDERED** that the Joint Motion for Dismissal with Prejudice should be and is hereby **GRANTED**. It is further

**ORDERED** that Belinda Carrillo's March 22, 2000 Agreed Motion for Leave to Amend Complaint to Name Correct Corporate Entity as Defendant is **DENIED**. It is further

**ORDERED** that all claims which have been or could have been asserted by Belinda Carrillo against AT&T Corp. (or its corporate affiliates) in this action, and all claims which have been or could have been asserted by AT&T Corp. against Belinda Carrillo in this action be and are hereby **DISMISSED WITH PREJUDICE** to refiling of same. It is further

**ORDERED** that Plaintiff Belinda Carrillo shall take nothing by her action. It is further

**ORDERED** that each party shall bear its own costs of suit. It is further

**ORDERED** that any relief not expressly granted herein is **DENIED**

SIGNED THIS 7th day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE

2